# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

SHELIA FITZGERALD,

      Plaintiff,

v.

                                          Case No. 5:25-cv-496-JA-PRL

TRANS UNION, LLC, et al.,

      Defendants.

## ORDER

This case is before the Court on review of the record.

There are three Defendants in this case—Trans Union, LLC, Experian Information Solutions, Inc., and Fed Choice Federal Credit Union. On September 8, 2025, Plaintiff filed a Notice of Settlement with Trans Union only, (Doc. 15), and on September 12, 2025, Plaintiff filed a Notice of Settlement with Experian only, (Doc. 16). In both Notices, Plaintiff requested sixty days to complete the settlement documents and dismiss the case. (*See* Docs. 15 & 16). On November 6, 2025, Plaintiff filed a Stipulation of Dismissal with Prejudice of Defendant Trans Union, LLC, (Doc. 17). The third Defendant, Fed Choice Federal Credit Union, was served with the Complaint on December 26, 2025. (See Doc. 24). No case management report has been filed in this case.

The Stipulation of Dismissal (Doc. 17) purports to dismiss Defendant

Trans Union from the case, citing Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as the basis for the Stipulation. Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). But the Stipulation (Doc. 17) is signed only by Plaintiff and Defendant Trans Union, LLC rather than "by all parties who have appeared" as required by Rule 41(a)(1)(A)(ii). *See Hardnett v. Equifax Info. Servs., LLC*, No. 21-13195, 2023 WL 2056285 (11th Cir. 2023); *see also City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031 (11th Cir. 2023). Thus, the Stipulation is not effective to dismiss Trans Union. All claims in this case remain pending, and all Defendants are still parties to this case.

It is **ORDERED** that **no later than February 20, 2026**, the parties shall prepare and file a case management report. All parties must participate in the case management meeting unless sooner dismissed from the case by a stipulation that complies with Federal Rule of Civil Procedure 41(a)(1) or by order of the Court.

**DONE** and **ORDERED** in Orlando, Florida, on February 5, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record

2